UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN SPANGENBERG,<br>     Plaintiff,<br><br>    v.<br><br>MCNEILUS TRUCK & MANUFACTURING, INC.; OSHKOSH CORPORATION; OSHKOSH SPECIALTY VEHICLES, INC.; OSHKOSH SPECIALTY VEHICLES, LLC; OSHKOSH, INC.; and SCOTT RAVERT<br><br>     Defendants. | No. 18-cv-4915 |

## **O R D E R**

**AND NOW**, this 1st day of May, 2019, for the reasons expressed in the opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion to Remand to State Court, ECF No. 10, is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. Defendant Scott Ravert's Motion to Dismiss, ECF No. 7, is **DENIED as moot**.

4. The Clerk of Court shall **CLOSE** this case.

                   BY THE COURT:


                   */s/ Joseph F. Leeson, Jr.*
                   JOSEPH F. LEESON, JR.
                   United States District Judge